Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3115 NE Sandy Blvd., Ste. 223
Portland, OR 97232
(503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **CONCERNED FRIENDS OF THE WINEMA**, **KLAMATH-SISKIYOU WILDLANDS CENTER**, **WESTERN WATERSHEDS PROJECT**, **OREGON WILD**, and **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>           Plaintiffs,<br><br>     v.<br><br>**U.S. FOREST SERVICE**, and **U.S. FISH AND WILDLIFE SERVICE,**<br><br>           Defendants,<br><br>     and<br><br>**IVERSON MANAGEMENT LIMITED PARTNERSHIP**,<br><br>           Defendant-Intervenor. | Case No. 1:14-cv-737-CL<br><br><br>**PLAINTIFFS' UNOPPOSED MOTION TO STAY MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiffs Concerned Friends of the Winema, Klamath Siskiyou Wildlands Center, Western Watersheds Project, Oregon Wild, and Center for Biological Diversity respectfully move this Court to stay their concurrently-filed Motion for Attorneys' Fees and Costs until January 19, 2018 in order to explore settlement with Defendants, and if such negotiations fail, to permit the parties to file additional materials, including memoranda, declarations and exhibits, regarding the fee application at a later time. Defendants do not oppose this motion.

Plaintiffs and Defendants recently initiated settlement negotiations regarding Plaintiffs' claim for fees and costs. The parties are hopeful that these negotiations will be successful. The Equal Access to Justice Act, however, requires Plaintiffs to file an application for fees and costs within 30 days of a final judgment. Accordingly, Plaintiffs have filed concurrently with this motion an application for an award of attorneys' fees and costs on this matter. If the parties cannot reach agreement on fees, Plaintiffs will file their supporting materials on or before January 19, 2018.

Accordingly, Plaintiffs respectfully request that the Court approve this motion.

Dated: October 19, 2017                    Respectfully submitted,

                                            s/Lauren M. Rule
Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3115 NE Sandy Blvd., Ste. 223
Portland, OR  97232
Tel: (503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs

PLAINTIFFS' MOTION TO STAY MOTION FOR ATTORNEYS' FEES AND COSTS          1